**Harry C. BARKER et al., Appellants, v. James W. BYRNES, Receiver, etc., Appellee.**

Circuit Court of Appeals, Eighth Circuit. October 29, 1928.

No. 8128.

Harry C. Barker and Byron F. Babbitt, both of St. Louis, Mo., for appellants.

Paul Bakewell, Jr., of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellants, but without taxation of attorney fee, per stipulation of parties.